*ENT - SEND*
*CLOSED*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

*CA 98-56258*        Civil Minutes – Appeals

Case No. _CV 94 – 00841 JSL_        Date _June 17, 1999_

Title _L'Anza Research International, Inc. -v- Quality King, Inc._

---

PRESENT:  THE HON. _____**J. SPENCER LETTS**_____, JUDGE

  Nancy J. Webb                    _– N/P –_
  _____            _____
    Deputy Clerk                   Court Reporter

---

ATTORNEYS FOR PLAINTIFF        |        ATTORNEYS FOR DEFENDANT

1) ____ _– N/P –_ ____          1) ____ _– N/P –_ ____

2) _____          2) _____

3) _____          3) _____

---

PROCEEDINGS:  FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

  ☐ IN COURT        ☒ IN CHAMBERS (No hearing        ☐ COUNSEL NOTIFIED
                        necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit Court of Appeals:

  ☒ Affirming        ☐ Remanding        ☐ Reversing and Remanding

  ☐ Affirming in part, reversing in part        ☐ Dismissing Appeal

  ☐ The record reflects that costs of the prevailing party were
     taxed by the Ninth Circuit Court of Appeals in the amount of
     $ _119.00_        on _June 11, 1999_ .

  ☒ Other _Reversed_

is hereby filed and spread upon the minutes of this U.S. District Court.

(ENTERED_____)                    ☐ MAKE JS-5

Initials of Deputy Clerk _W_

_6-18-99 JW_